■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY MARTINEZ, Appellant. [812 NYS2d 930]—Judgment,

Supreme Court, New York County (Brenda Soloff, J.), rendered on or about December 2, 2004, unanimously affirmed. No opinion. Order filed. Concur—Tom, J.P., Friedman, Sullivan, Gonzalez and McGuire, JJ.